# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARI MIOT AND ALLEN
PETRASEK, JR., INDIVIDUALLY
AND ON BEHALF OF THEIR
DECEASED FATHER, ALLEN
PETRASEK

VERSUS

PODIATRY INSURANCE COMPANY
OF AMERICA AND WAYBRUN J.
HEBERT, III, M.D.

NO.  2022 CW 0121

APRIL 8, 2022

---

In Re:    Dr. Waybrun Hebert, III and Podiatry Insurance Company
          of America, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          190839.

---

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

WRIT DENIED.

                    PMc
                    JEW
                    MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT